

**LaDelle Abilez, CSR**
Official Court Reporter
200th Judicial District Court
Travis County, Texas

P.O. Box 1748
Austin, Texas 78767
(512) 854-9325

August 17, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re:  Third Court of Appeals No. 03-15-00497-CV
     Trial Court Cause No. D-1-GN-14-004669

Style:  Charles L. Farris vs. Karen E. Landa

Dear Mr. Kyle,

I am requesting an extension for the filing of this record.  The Reporter's Record is due today, August 17, 2015.

I respectfully request an extension because of my current workload with other appeals and records that are due.

Thank you in advance for your consideration in this matter.

Sincerely,

*/s/ LaDelle Abilez*

LaDelle Abilez